## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

      Brittney L Sims

           Debtor(s)

Case No. 12-41458

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 10/18/2012.

2)  The plan was confirmed on 12/14/2012.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was completed on 02/17/2016.

6)  Number of months from filing to last payment: 40.

7)  Number of months case was pending: 42.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $2,168.00.

10) Amount of unsecured claims discharged without payment: $49,961.62.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $16,540.39 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$16,540.39** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $659.49 | |
| Other | $3.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,162.49** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA | Unsecured | 857.31 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Secured | 6,657.00 | 6,376.05 | 6,376.05 | 6,376.05 | 481.75 |
| AMERICASH LOANS LLC | Unsecured | 3,720.35 | 3,795.35 | 3,795.35 | 379.54 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 788.00 | 790.42 | 790.42 | 79.04 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 778.00 | 780.52 | 780.52 | 78.05 | 0.00 |
| ASSOCIATED RECOVERY SYSTEMS | Unsecured | 1,094.01 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 430.00 | 430.00 | 43.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 850.12 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 3,592.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 1,015.00 | 1,021.32 | 1,021.32 | 102.13 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER FINANCIAL SERVICES | Unsecured | 3,556.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER FINANCIAL SERVICES | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA | Unsecured | 776.56 | 776.56 | 776.56 | 77.66 | 0.00 |
| DUPAGE CREDIT UNION | Unsecured | 2,470.79 | 2,805.52 | 2,805.52 | 280.55 | 0.00 |
| DUPAGE CREDIT UNION | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 747.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 737.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE RECOVERY SO | Unsecured | 924.00 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE RECOVERY SO | Unsecured | 649.25 | NA | NA | 0.00 | 0.00 |
| HYDRA FINANCIAL | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 870.42 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 747.00 | 747.00 | 747.00 | 74.70 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 114.60 | 114.60 | 11.46 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 631.84 | 548.11 | 548.11 | 548.11 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 5,787.00 | 9,221.82 | 9,221.82 | 922.18 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 3,375.00 | NA | NA | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | NA | 1,175.48 | 1,175.48 | 117.55 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 109.03 | 109.03 | 10.90 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 640.00 | 1,180.28 | 1,180.28 | 1,180.28 | 0.00 |
| LEADING EDGE RECOVERY SOLUTIC | Unsecured | 948.12 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,480.00 | 1,094.01 | 1,094.01 | 109.40 | 0.00 |
| MILLENNIUM CREDIT CONSULTANT | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| MONARCH RECOVERY | Unsecured | 593.59 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 1,667.81 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 841.73 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 2,887.46 | 2,887.46 | 2,887.46 | 288.75 | 0.00 |
| PFG OF MINNESOTA | Unsecured | 496.12 | NA | NA | 0.00 | 0.00 |
| PHOENIX CREDIT LLC | Unsecured | 650.52 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 807.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 496.00 | 496.12 | 496.12 | 49.61 | 0.00 |
| PROFESSIONAL RECOVERY CONSUL | Unsecured | 1,947.03 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 498.49 | 498.49 | 498.49 | 49.85 | 0.00 |
| RECEIVABLES CONTROL CORP | Unsecured | 1,138.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER INC | Secured | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 30.30 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,024.14 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOAN | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | NA | 870.42 | 870.42 | 87.04 | 0.00 |
| TATE & KIRLIN ASSOC | Unsecured | 496.12 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 2,750.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 2,344.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 2,226.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 1,055.00 | NA | NA | 0.00 | 0.00 |
| VITAL RECOVERY SERVICES | Unsecured | 1,663.49 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL NATIONA | Unsecured | 1,667.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL NATIONA | Unsecured | 1,638.00 | NA | NA | 0.00 | 0.00 |
| WESTERN MASS CREDIT CORP | Unsecured | 568.77 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,376.05 | $6,376.05 | $481.75 |
| All Other Secured | $1,000.00 | $1,000.00 | $30.30 |
| **TOTAL SECURED:** | **$7,376.05** | **$7,376.05** | **$512.05** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,728.39 | $1,728.39 | $0.00 |
| **TOTAL PRIORITY**: | **$1,728.39** | **$1,728.39** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$27,614.12** | **$2,761.41** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,162.49 |
| Disbursements to Creditors | $12,377.90 |
| | |
| **TOTAL DISBURSEMENTS** : | **$16,540.39** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/25/2016            By: /s/ Glenn Stearns

                                     Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**